THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Jimmy Washington, Appellant,
 v.
 South Carolina Department of Corrections, Respondent.
 
 
 

Appeal From Marlboro County
 John M. Milling, Circuit Court Judge
Unpublished Opinion No. 2007-UP-271
Submitted June 1, 2007  Filed June 5, 2007    

AFFIRMED

 
 
 
 William Gary White, III, of Columbia, for Appellant.
 Benjamin A. Baroody and Samuel F. Arthur, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Former inmate Jimmy Washington brought this action against the South Carolina Department of Corrections alleging gross negligence in the medical care he received during his incarceration.  The trial court granted the Departments motion for summary judgment.  Washington appeals.  We affirm[1] pursuant to Rule 220, SCACR, and the following authorities:  Guffey v. Columbia/Colleton Regional Hosp., 364 S.C. 158, 163, 612 S.E.2d 695, 697 (2005) (expert testimony is required to establish proximate cause in a medical malpractice case if outside the common knowledge or experience of laypersons); IOn, L.L.C. v. Town of Mt. Pleasant, 338 S.C. 406, 420, 526 S.E.2d 716, 723 (2000) (The appellate court may review respondents additional reasons and, if convinced it is proper and fair to do so, rely on them or any other reason appearing in the record to affirm the lower courts judgment.); Bloom v. Ravoira, 339 S.C. 417, 714, 529 S.E.2d 710, 425 (2000) (stating where a verdict is not reasonably possible under the facts presented, summary judgment is proper).
AFFIRMED.
ANDERSON, HUFF, and BEATTY, JJ. concur.  

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.